# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MICHAEL ALLEN GLASS** § § | |
| **VS.** § § | **CIVIL NO. 5:21-cv- 01012** |
| **ELIEZER DURAN NORIEGA and** § **SWIFT TRANSPORTATION CO. OF** § **ARIZONA, LLC** § | |

## DEFENDANTS, SWIFT TRANSPORTATION CO OF ARIZONA, LLC. AND ELIEZER DURAN NORIEGA'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC. and ELIEZER DURAN NORIEGA**, hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 224th District Court of Bexar County, Texas, stating as follows:

1. Plaintiff, Michael Allen Glass, is an individual domiciled at 5738 Timberhurst, San Antonio, Bexar County, Texas 78250 and is a citizen of Texas.

2. Plaintiff commenced this action in the 244th District Court of Bexar County, Texas, where it was given Cause No. 2021CI17841.

3. Defendant, Swift Transportation Co of Arizona LLC is a limited liability company organized under the law of the State of Delaware. Its principal place of business is in the State of Arizona. It is a citizen of Arizona. Its sole member is Swift Transportation Co., LLC, a limited liability company organized under the laws of the State of Delaware. Its principal place of business is in the State of Arizona. It is a citizen of Arizona. The sole member of Swift Transportation Co., LLC is Knight-

Swift Transportation Holdings, Inc., a publicly traded corporation organized under the law of the State of Delaware, with a principal place of business in the State of Arizona. It is a citizen of Arizona. No publicly traded entity owns more than 10% of its stock.

4. Defendant, Eliezer Duran Noriega is an individual domiciled at 10510 Western Avenue, Downey Los Angeles County, California 90239 and is a citizen of California.

5. Plaintiff and Defendants are citizens of different states, none of the Defendants are citizens of Texas, and the proper parties are totally diverse from Plaintiff.

6. Defendant, Swift Transportation Co of Arizona, LLC received the summons and complaint on September 19, 2021.

7. Defendant, Eliezer Duran Noriega received the summons and complaint on September 20, 2021.

8. A copy of all process, pleadings, and orders known in this case are attached as Exhibit A.

9. Defendant, Swift Transportation Co of Arizona, LLC will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 224th District Court of Bexar County, Texas.

Dated: **October 19 , 2021**

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
**ATTORNEYS FOR DEFENDANTS,
SWIFT TRANSPORATION CO. OF
ARIZONA, LLC., AND
ELIEZER DURAN NORIEGA**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6350 (Direct)
Facsimile:   (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __19__ day of October 2021, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Ricardo R. Reyna, of Counsel
State Bar No. 16794845
Christopher A. Vasquez
State Bar No. 24118575
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806
ricardor@davislaw.com
cvasquez@davislaw.com
**ATTORNEYS FOR PLAINTFF**

LARRY D. WARREN