IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN GLASS | § § | |
| VS. | § § | CIVIL NO. 5:21-cv- 01012 |
| ELIEZER DURAN NORIEGA and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC | § § § § | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET

**WAS A JURY DEMAND MADE IN STATE COURT?   YES OR NO?**

Yes

**IF "YES," BY WHICH PARTY AND WHAT DATE?**

Plaintiff on 8/30/2021

**STYLE OF ORIGINAL PETITION:**

Cause No. 2021CI17841; *Michael Allen Glass v. Eliezer Duran Noriega and Swift Transportation, Co. of Arizona, LLC*; In the 224th District Court, Bexar County Texas

**Please underline all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number, including the area code.**

**1.) MICHAEL ALLEN GLASS- PLAINTIFF**

Ricardo R. Reyna, of Counsel
State Bar No. 16794845
Christopher A. Vasquez
State Bar No. 24118575
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806
ricardor@davislaw.com
cvasquez@davislaw.com

Doc# 6OP2361.DOC

## 2.) SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and ELIEZER DURAN NORIEGA- DEFENDANTS

Mr. Larry D. Warren
State Bar No. 2088450
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 731-2950
lwarren@namanhowell.com

### COUNTERCLAIMS, CROSS-CLAIMS AND/OR THIRD-PARTY CLAIMS

**(Please list separately, each Counterclaim, Cross-Claim, or Third-Party Claim still remaining in the case, and designate the nature of such claim. For each Counterclaim, Cross-Claim or Third-Party Claim, please include all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also list the attorneys of record for each party named, and include the attorney's firm name, filing address, and phone number, including the area code.)**

| Party | Attorney |
|---|---|
| None Known. | None |

Respectfully submitted,

LARRY D. WARREN
ATTORNEY IN CHARGE
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANT,
SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6350 (Direct)
Facsimile: (210) 785-2950
lwarren@namanhowell.com

Doc# 6OP2361.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of **October 2021**, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via **E-mail**:

Ricardo R. Reyna, of Counsel
State Bar No. 16794845
Christopher A. Vasquez
State Bar No. 24118575
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806
ricardor@davislaw.com
cvasquez@davislaw.com
**ATTORNEYS FOR PLAINTFF**

LARRY D. WARREN