IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN GLASS | § § | |
| VS. | § § | CIVIL NO. 5:21-cv- 01012 |
| ELIEZER DURAN NORIEGA and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC | § § § § | |

### DEFENDANTS, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC. AND ELIEZER DURAN NORIEGA'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

NOW COMES, Defendant, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega and files their Original Answer to Plaintiff's Original Petition and would show the Court the following:

I.

I. Defendants, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega admit Michael Allen Glass is an individual residing in Bexar County, Texas. Defendants admit that Eliezer Duran Noriega is an individual who is a non-resident of Texas. Defendant, Swift Transportation Co. of Arizona, LLC admits that it is a foreign company with its principal office in Arizona and is authorized to do business in Texas in Paragraph I of Plaintiff's Original Petition.

II. Defendants, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega admit that venue for this cause is proper in Bexar County Texas, However Defendant contends that Jurisdiction is in the Federal Court of the Western District of Texas San Antonio Division. Defendant agrees to a discovery control plan under Level 3 in Paragraph II of Plaintiff's Original Petition.

III. Defendant, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega deny paragraph III of Plaintiff's Original Petition.

IV. Defendants, Swift Transportation Co. of Arizona, LLC and Eliezer Duran Noriega deny the allegations contained in Paragraph IV of Plaintiff's Original Petition along with its subparts A. 1-5 and B a-e.

V. Defendants, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega deny the allegations contained in Paragraph V of Plaintiff's Original Petition and its subparts 1-12. Defendant agrees that Plaintiff seeks more than two hundred fifty thousand dollars ($250,000.00) but less than one million dollars ($1,000,00.00. However, Defendants deny that Plaintiff is entitled to that amount.

VI. Defendants, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega cannot admit or deny the request for disclosures contained in Paragraph VI of Plaintiff's Original Petition but will complete initial disclosures as required by the federal rules.

VII. Defendant, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega deny the Notice of Intent to use Texas Rules of Civil Procedure 193.7 and notes it is not applicable.

VIII. Defendant, Swift Transportation Co. of Arizona, LLC. and Eliezer Duran Noriega deny the allegations in Paragraph VIII of Plaintiff's Original Petition.

Defendant, Swift Transportation Co. of Arizona, LLC. deny Plaintiff's prayer and its subparts 1-5.

## **AFFIRMATIVE DEFENSES**

Additionally, and/or in the alternative, Defendants would respectfully show that Plaintiff's alleged injuries and damages were caused or contributed to by the acts and/or omissions of Plaintiff, Michael Allen Glass which were negligent and were the sole proximate cause, producing cause, a proximate cause and/or a new and independent intervening cause of the incident and the alleged damages to Plaintiff.

Doc# 6OP2389.DOC

2

Defendants additionally allege that Plaintiff's claims are barred, in whole or in part, due to intervening and superseding causes over which Defendants had no control.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC. and ELIEZER DURAN NORIEGA** respectfully prays that upon final trial Plaintiff takes nothing, and for such other and further relief, to which it may show itself entitled.

Respectfully submitted,

LARRY D. WARREN
ATTORNEY IN CHARGE
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

### CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of **October 2021**, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via **E-mail**:

Ricardo R. Reyna, of Counsel
State Bar No. 16794845
Christopher A. Vasquez
State Bar No. 24118575
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806
ricardor@davislaw.com
cvasquez@davislaw.com
**ATTORNEYS FOR PLAINTFF**

LARRY D. WARREN

Doc# 6OP2389.DOC

3