IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MICHAEL ALLEN GLASS** § | |
| § | |
| **VS.** § | **CIVIL NO. 5:21-cv-01012** |
| § | |
| **ELIEZER DURAN NORIEGA and** § | |
| **SWIFT TRANSPORTATION CO. OF** § | |
| **ARIZONA, LLC** § | |

**PLAINTIFF, MICHAEL ALLEN GLASS'**
**MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, **MICHAEL ALLEN GLASS,** dismisses his damage claims against Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** and would show the Court the following:

I.

Plaintiff, **MICHAEL ALLEN GLASS,** and Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** have entered into an agreement in which Plaintiff, **MICHAEL ALLEN GLASS** no longer wishes to pursue his claims and differences against Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC.** Therefore, Plaintiff, **MICHAEL ALLEN GLASS** releases Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** of and from any liability as it relates to the incident made the basis of this lawsuit and all claims against Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **MICHAEL ALLEN GLASS** respectfully requests the Court sign an Order dismissing his claims with prejudice against

Defendants, **ELIEZER DURAN NORIEGA AND SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** and that all taxable costs of court associated with this case be paid by the party incurring same.

        Respectfully submitted,

/s/ Christopher Vasquez
Ricardo R. Reyna
State Bar No. 16794845
Christopher A. Vasquez
State Bar No. 24118575
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806
ricardor@davislaw.com
cvasquez@davislaw.com
**ATTORNEYS FOR PLAINTIFF,
MICHAEL ALLEN GLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November 2022, the foregoing was filed with the Clerk of Court, and was served on counsel via **E-Filing Notification System:**

Larry D. Warren
State Bar No. 20888450
Krizia A. Landivar
State Bar No. 24086064
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:   (210) 785-2950
lwarren@namanhowell.com
klandivar@namanhowell.com
**ATTORNEYS FOR DEFENDANTS,
ELIEZER DURAN NORIEGA AND
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**

/s/ Christopher Vasquez
Ricardo R. Reyna

4860-0105-2986, v. 1