# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MICHAEL ALLEN GLASS,** | ) |
| **Plaintiff,** | ) |
| V. | ) CIVIL ACTION NO. SA-21-CA-1012-FB |
| **ELIEZAR DURAN NORIEGA, and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is Plaintiff, Michael Allen Glass' Motion to Dismiss With Prejudice. (Docket no. 27). After careful consideration, the Court is of the opinion that the motion should be granted. The Court finds that Plaintiff MICHAEL ALLEN GLASS and Defendants ELIEZAR DURAN NORIEGA and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC have settled their differences and that Plaintiff's claims against Defendants should be dismissed with prejudice, with all taxable court costs associated with this case to be paid by the party incurring the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff, Michael Allen Glass' Motion to Dismiss With Prejudice (docket no. 27) is GRANTED such that all MICHAEL ALLEN GLASS' claims against Defendants ELIEZAR DURAN NORIEGA and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC are hereby DISMISSED WITH PREJUDICE, with all taxable court costs associated with this case being paid by the party incurring the same.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of November, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE